MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD, State Bar No. 119513
john.battenfeld@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, California 90071
Telephone: 213.612.2500
Facsimile: 213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
ALEXANDER L. GRODAN, State Bar No. 261374
alexander.grodan@morganlewis.com
600 Anton Blvd., Suite 1800
Costa Mesa, California 92626
Telephone: 949.399.7000
Facsimile: 949.399.7001

Attorneys for Defendant
MAXIM HEALTHCARE SERVICES, INC.

*(additional counsel on next page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GALINDO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM HEALTHCARE SERVICES, INC., a Maryland corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00551-ODW-KS<br><br>**STIPULATION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE PLAINTIFF'S FIRST THROUGH NINTH CAUSES OF ACTION AND TO REMAND PLAINTIFF'S TENTH CAUSE OF ACTION**<br><br>Removal Filed: January 20, 2021<br><br>Action Filed: November 25, 2020<br>Trial Date:   None Set |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

1

STIPULATION OF VOLUNTARY
DISMISSAL AND REMAND

DB1/ 119782420.1

1  MATERN LAW GROUP, PC
   Matthew J. Matern (SBN 159798)
2  mmatern@maternlawgroup.com
   Mikael H. Stahle (SBN 182599)
3  mstahle@maternlawgroup.com
   1230 Rosecrans Avenue, Suite 200
4  Manhattan Beach, CA 90266
   Tel: (310) 531-1900
5  Facsimile: (310) 531-1901

6  Attorneys for Plaintiff
   RAPHAEL GALINDO

Plaintiff Rafael Galindo ("Plaintiff") and Defendant Maxim Healthcare Services, Inc. ("Defendant" or "Maxim") (collectively, the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed his Complaint against Defendant on November 25, 2020 in Los Angeles County Superior Court and served his pleading on Maxim on December 21, 2020;

WHEREAS, Defendant removed the action to this Court pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. §§ 1332(d) and 1453, on January 20, 2021;

WHEREAS, Defendant has not yet answered Plaintiff's Complaint;

WHEREAS, since the date of removal, the Parties have met and conferred on enforcement of Defendant's arbitration agreement with Plaintiff, which Defendant submits requires dismissal of Plaintiff's putative class claims and submission of his individual Labor Code claims to arbitration;

WHEREAS, following the Parties' meet and confer efforts, the Parties have agreed that Plaintiff will voluntarily dismiss without prejudice all causes of action in his Complaint other than the Tenth Cause of Action, which is a representative claim under the Private Attorneys General Act ("PAGA"), Labor Code §§ 2698, *et seq.*;

WHEREAS, the Parties further agree that in exchange for such voluntary dismissal, Defendant stipulates to remand of Plaintiff's remaining Tenth Cause of Action under PAGA to the Los Angeles Superior Court, where the Complaint was originally filed;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record, as follows:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB1/ 119782420.1

3

STIPULATION OF VOLUNTARY DISMISSAL AND REMAND

1. Plaintiff voluntarily dismisses without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) all causes of action in the Complaint other than the Tenth Cause of Action pursuant to PAGA;

2. Upon the above dismissal of Plaintiff's First through Ninth Causes of Action, the Parties request that this Court remand this action to the Los Angeles County Superior Court, where Plaintiff originally filed the Complaint.

IT IS SO STIPULATED.

Dated: March 12, 2021          MORGAN, LEWIS & BOCKIUS LLP

                               By: /s/ Alexander L. Grodan
                                   John S. Battenfeld
                                   Alexander L. Grodan

                               Attorneys for Defendant
                               MAXIM HEALTHCARE SERVICES, INC.

Dated: March 12, 2021          MATERN LAW GROUP, PC

                               By: /s/ Mikael H. Stahle
                                   Matthew J. Matern
                                   Mikael H. Stahle

                               Attorneys for Plaintiff
                               RAFAEL GALINDO

In compliance with Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 12, 2021          MORGAN, LEWIS & BOCKIUS LLP

                               By: /s/ Alexander L. Grodan
                                   John S. Battenfeld
                                   Alexander L. Grodan

                               Attorneys for Defendant
                               MAXIM HEALTHCARE SERVICES, INC.